[No. 12759-8-II.   Division Two.   April 8, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. BRIAN DOUGLAS
HESKETT, *Appellant.*

Appeal from a judgment of the Superior Court for
Clallam County, No. 88-1-00031-9, James I. Maddock, J.,
entered April 14, 1989. *Affirmed* by unpublished opinion

per Morgan, J., concurred in by Worswick, C.J., and Alexander, J.